

THE LAW OFFICES
OF DANIEL A. HUNT
DANIEL A. HUNT (SBN: 262943)
ERIC G. FERNANDEZ (SBN: 269684)
2200 East Bidwell Street, Ste. 200
Folsom, CA 95630
(916) 957-1400

Attorneys for Movant
FRANKLIN BENT

**The following constitutes the order of the Court.
Signed: August 19, 2024**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In re:

EDWARD BENT,

    Debtor.

Bk. No.: 24-40862 WJL

Chapter 13

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Time: 9:30 a.m.
Date: July 31, 2024
Place: Ctrm 220, In-Person/ via Zoom
       1300 Clay Street, Oakland, CA 94612

    This Motion was heard in the United States Bankruptcy Court, Northern District of California, Oakland Division, the Honorable WILLIAM J. LAFFERTY, United States Bankruptcy Judge, presiding. On July 31, 2024, in Courtroom 220 at 9:30am, Attorney ERIC FERNANDEZ appeared on behalf of Movant FRANKLIN BENT ("Movant"). No other appearances were made. Good cause appearing:

\\\

1

1. For reasons stated on the record, Movant's Motion for Relief from Stay, located at docket number 16, is granted.

2. The Court orders that the Relief from Stay Motion is granted under 11 U.S.C. 362(d) (1) and (d) (2). Movant may forthwith enforce their remedies to obtain possession of the property located at 1944 Los Angeles Avenue, Berkeley, CA 94707, in accordance with applicable non-bankruptcy law.

END OF ORDER

**Court Service List**