Form ODTDSMA

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Edward A Bent | Case No.: 24−40862 WJL 13 |
| Debtor(s) | Chapter: 13 |

## ORDER DISCHARGING CHAPTER 13 TRUSTEE AFTER CASE DISMISSAL AND FINAL DECREE

The above−captioned case having been dismissed by order on 7/22/2024 and the Chapter 13 Trustee Final Report and Account on file showing all required distributions have been made,

IT IS ORDERED THAT:

MARTHA BRONITSKY is discharged as Chapter 13 Trustee of the estate of the above named Debtor(s), the trustee bond is canceled, and the Chapter 13 case of the above named debtor(s) is closed.

Dated: 8/26/24

By the Court:

William J. Lafferty
United States Bankruptcy Judge